UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT BOXER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCURAY INCORPORATED, et al.,<br><br>Defendants. | Case No:  C 12-5722 SBA<br><br>**ORDER GRANTING REQUEST FOR ORDER SHORTENING TIME**<br><br>Dkt. 8 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs' ex parte application for an order shortening time is GRANTED.  Defendants shall file their response to Plaintiffs' Motion to Remand (Dkt. 7) by no later than close of business on Friday, November 16, 2012.  If Plaintiffs elect to file a reply, they shall do so by no later than the close of business on Monday, November 19, 2012.  Defendants' response is limited to ten (10) pages and Plaintiff's reply is limited to five (5) pages.  The Court will take the matter under submission without a hearing as of the date the reply is due.  See Civ. L.R. 7-1(b). This Order terminates Docket 8.

IT IS SO ORDERED.

Dated:  November 13, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge